UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICK NEWELL,<br><br>                Petitioner,<br>    v.<br>ISIDRO BACA, *et al.,*<br><br>                Respondents. | Case No. 3:16-cv-00662-MMD-WGC<br><br>ORDER |

This *pro se* habeas matter pursuant to 28 U.S.C. § 2254 is before the Court on two motions. Petitioner filed an application for entry of default judgment (ECF No. 10) because respondents have not yet filed a responsive pleading. However, respondents filed a motion for extension of time to file a responsive pleading (ECF No. 9). Good cause appearing, it is ordered that respondents' motion for extension of time (ECF No. 9) is granted. Respondents will file their response to the petition on or before June 5, 2017.

It is further ordered that petitioner's application for entry of default judgment (ECF No. 10) is denied as moot.

DATED THIS 23rd day of May 2017.

                                              MIRANDA M. DU
                                              UNITED STATES DISTRICT JUDGE