1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                          DISTRICT OF NEVADA
8                                 * * *
9   PATRICK NEWELL,                    Case No. 3:16-cv-00662-MMD-WGC
10                       Petitioner,                ORDER
         v.
11
    ISIDRO BACA, et al.,
12
                        Respondents.
13

14         This *pro se* habeas matter pursuant to 28 U.S.C. § 2254 is before the court on

15   motions for extensions of time by both parties.  Good cause appearing, it is ordered that

16   petitioner's motion for extension of time to file his opposition to the motion to dismiss (ECF

17   No. 25) is granted. Petitioner must file his opposition on or before March 5, 2018.

18         It is further ordered that respondents' fifth motion for extension of time (ECF No.

19   17) is granted *nunc pro tunc*.

20
           DATED THIS 15th day of December 2017.
21

22
                                            _____
23                                          MIRANDA M. DU
                                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28