UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK NEWELL,<br><br>Petitioner,<br>v.<br>ISIDRO BACA, *et al.,*<br><br>Respondents. | Case No. 3:16-cv-00662-MMD-WGC<br><br>ORDER |

This *pro se* habeas matter pursuant to 28 U.S.C. § 2254 is before the Court on petitioner's motion for extension of time to file an opposition to the motion to dismiss (ECF No. 27). Good cause appearing, it is ordered that petitioner's second motion for extension of time to file his opposition to the motion to dismiss (ECF No. 27) is granted. Petitioner must file his opposition within sixty (60) days from the date of this order.

It is further ordered that petitioner is expressly advised that, absent extraordinary circumstances, the Court is unlikely to grant any further extension of time.

DATED THIS 6th day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE