UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

PATRICK NEWELL,

              Petitioner,

   v.

ISIDRO BACA, *et al.*,

              Respondents.

Case No. 3:16-cv-00662-MMD-WGC

ORDER

    This *pro se* habeas matter pursuant to 28 U.S.C. § 2254 is before the Court on Respondents' motions for extension of time to file an answer to the petition. The Court finds good cause exists to grant the motions.

    It is therefore ordered that Respondents' first and second motions for extension of time (ECF Nos. 33 and 36) are both granted *nunc pro tunc*.

    It is further ordered that Respondents' third motion for extension of time (ECF No. 40) is granted. Respondents must file their answer on or before March 28, 2019. Absent extraordinary circumstances, the Court is unlikely to grant any further extensions.

    DATED THIS 26th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE