UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICK NEWELL,<br><br>            Petitioner,<br><br>   v.<br><br>ISIDRO BACA, *et al.*,<br><br>            Respondents. | Case No. 3:16-cv-00662-MMD-WGC<br><br>ORDER |

This *pro se* habeas matter pursuant to 28 U.S.C. § 2254 is before the Court on Petitioner's motion for extension of time to file a reply in support of his petition and Respondents' motion for leave to file a document under seal that was sealed in the state-court proceedings. The Court finds good cause exists to grant both motions.

It is therefore ordered that Petitioner's motion to extend time to file a reply in support of his petition (ECF No. 51) is granted. Petitioner must file his reply on or before July 26, 2019.

It is further ordered that Respondents' motion for leave to file a document under seal (ECF No. 43) is granted.

DATED THIS 29th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE